CR 08-37 ML LDA

PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☒ INFORMATION ☐ INDICTMENT ☐ COMPLAINT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Indictment ☐ Information ☐ Defendant Added ☐ Charges/Counts Added

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND
Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE
☐ U.S. Atty ☐ Other U.S. Agency
Phone No. (401) 709-5000

Name of Asst. U.S. Attorney (if assigned): ADI GOLDSTEIN

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
U.S. FOOD AND DRUG ADMINISTRATION

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

☑ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

SHOW DOCKET NO.
CR07-121 ML

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: Rhode Island County

CASE NO.

USA vs.

Defendant: Jeffrey Rock, alias Gavin Kane

Addr

REDACTED

☐

Birt Dat

ien licable)

Soc

Issue. ☐ Warrant ☐ Summons

Location Status:

Arrest Date ____ or Date Transferred to Federal Custody ____

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): C. LEONARD O'BRIEN

☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 6

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | SEE ATTACHMENT | | ☒ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | Counts 1, 2, 3, 4, 5 and 6 | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | Estimated Trial Days: 4 | | ☐ Felony ☐ Misdemeanor |

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION- IN U.S. DISTRICT COURT**

**JEFFREY ROCK, Alias Gavin Kane**

**COUNT I -18 U.S.C § 545- Smuggling Goods into the United States**

**PENALTIES:** 20 years imprisonment; a fine of up to $250,000; a term of supervised release of up to 3 years; and a mandatory special assessment of $100.00.

**COUNT II: 21 U.S.C. § 333(e)-Distribution of Human Growth Hormone**

**PENALTIES:** 5 years imprisonment; a fine of up to $250,000; a a term of supervised release of up to 3 years; and a mandatory special assessment of $100.00.

**COUNT III:21 U.S.C. § 333(e)-Distribution of Human Growth Hormone**

**PENALTIES:** 5 years imprisonment; a fine of up to $250,000; a a term of supervised release of up to 3 years; and a mandatory special assessment of $100.00.

**COUNT IV: 18 U.S.C. § 1957 - Money Laundering**

**PENALTIES:** 10 years imprisonment, a fine of up to $250,000; a term of supervised release of up to years 3 years; and a mandatory special assessment of $100.00.

**COUNT V: 18 U.S.C. § 1957 - Money Laundering**

**PENALTIES:** 10 years imprisonment, a fine of up to $250,000; a term of supervised release of up to years 3 years; and a mandatory special assessment of $100.00.

**COUNT VI: 18 U.S.C. § 1957 - Money Laundering**

**PENALTIES:** 10 years imprisonment, a fine of up to $250,000; a term of supervised release of up to years 3 years; and a mandatory special assessment of $100.00.