AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

**APPEARANCE**

Case Number: 1:08-CR-37 ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JEFFREY J. ROCK

I certify that I am admitted to practice in this court.

5/13/08
Date

(signature)
Signature

C. LEONARD O'BRIEN
Print Name

1886
Bar Number

101 DYER St.
Address

PROVIDENCE RI 02903
City State Zip Code

401 751-5090
Phone Number

751-5096
Fax Number