O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
JEFFREY ROCK, ALIAS
Gavin Kane

WAIVER OF INDICTMENT

CR 08 37 ML

CASE NUMBER:

I, JEFFREY ROCK, alias Gavin Kane, the above named defendant, who is accused of Smuggling goods into the US; Distribution of Human Growth Hormones; and money laundering

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on May 13, 2008 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

JEFFREY ROCK
Defendant

C. LEONARD O'BRIEN, ESQ.
Counsel for Defendant

Before ______________________
Judicial Officer USMJ