AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.

JEFFREY J. ROCK

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number: CR08-37ML

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| U.S. DISTRICT COURT, TWO EXCHANGE TERRACE PROVIDENCE, RI | COURTROOM A |
| Before: MAGISTRATE JUDGE LINCOLN D. ALMOND | Date and Time 5/13/2008 11:00 am |

To answer a(n)

- [ ] Indictment
- [x] Information
- [ ] Complaint
- [ ] Probation Violation Petition
- [ ] Supervised Release Violation Petition
- [ ] Violation Notice

Charging you with a violation of Title 18 United States Code, Section(s) 545 & 21:333(e) & 18:1957

Brief description of offense:

SMUGGLING GOODS INTO THE US; DISTRIBUTION OF HUMAN GROWTH HORMONE; MONEY LAUNDERING

J. Noel

Signature of Issuing Officer

4/16/2008

Date

JEANNINE NOEL, DEPUTY CLERK

Name and Title of Issuing Officer

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1] Date 5/13/08

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: Fed Magistrate Court

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 5/13/08
Date

Burton Stallwood
Name of United States Marshal

[signature]
(by) Deputy United States Marshal

Remarks: Δ's Atty Served by E-mail

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

2008 MAY 16 A 11: 53

FILED

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.