IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA, :
:
v. : CR. NO. 08-37ML
:
JEFFREY J. ROCK :

ORDER OF FORFEITURE

The defendant having been adjudged guilty of the Information in the above entitled matter, and having admitted to the Forfeiture Allegations contained in the Information, which provide that the defendant, JEFFREY J. ROCK, will forfeit to the United States of America, pursuant to 18 U.S.C. § 982(a)(1), $49,725.50, which money constitutes property involved in and traceable to the transactions alleged in Counts IV, V, and VI of the Information; and, pursuant to 18 U.S.C. § 982(a)(3)(B) and 21 U.S.C. § 853, the defendant will forfeit to the United states of America $75,000.00, which property constitutes proceeds and is derived from proceeds of the violations alleged in Counts I, II, and III of the Information; and Fed. R. Crim. P. 32.2(c)(1) providing that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment"; it is hereby

ORDERED, ADJUDGED and DECREED

1. that the defendant shall forfeit $49,725.50 to the United

States of America, pursuant to 18 U.S.C. §§ 982(a)(1) and 1957;

2. That the defendant shall forfeit $75,000.00 to the United States of America, pursuant to 18 U.S.C. § 982(a)(3)(B) and 21 U.S.C. § 853;

3. that this Court shall retain jurisdiction in this case for the purpose of enforcing this Order;

4. that pursuant to Fed. R. Crim. P. 32.2(b)(3), this Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment; and

5. that the United States of America may, at any time, move pursuant to Fed. R. Crim. P. 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $124,725.50 to satisfy this money judgment in whole or in part.

Ordered this 12th day of September 2008.

ENTER:

Mary M. Lisi

HON. MARY M. LISI
CHIEF JUDGE
UNITED STATES DISTRICT COURT